**UNITED STATES COURT OF APPEALS**
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

Roseann B. MacKechnie
CLERK

**FILED MANDATE**
2004 NOV -2 P 12: 52
U.S. DISTRICT COURT
NEW HAVEN, CT



Date:                  10/26/04
Docket Number:         03-6902-cv
Short Title:           In Re: John Timbers v.
DC Docket Number:      00-GP-13
DC:                    DISTRICT OF CONNECTICUT (NEW HAVEN)
DC Judge:              Honorable Dominic Squatri

DC Initials :Connecticut/NH

At a stated term of the United States Court of Appeals for the Second Circuit, held at the United States Courthouse, Foley Square, in the City of New York, on the 26th day of October two thousand four.

In Re: John Timbers

The Civil Appeal Management Plan of this Court Directs that within the (10) days after filing a Notice of Appeal, the Appellant shall file and serve a Pre-Argument Statement (FORM C), order a transcript of the proceedings from the court reporter and file and serve a statement concerning same (FORM D), pay docketing fee, and, that in the event of default of any of these requirements, the Clerk may dismiss the appeal without further notice.

The appellant herein not having so proceeded, upon consideration thereof, it is
ordered that the appeal from the order of 3/6/03 United States District
Court for Connecticut (New Haven) be and it hereby is dismissed.

For the Court,
Roseann B. MacKechnie, Clerk

_J. Hope_
By: Tynetta Hope
Deputy Clerk

A TRUE COPY
Roseann B. MacKechnie, CLERK

by ___J. O. Hope___
DEPUTY CLERK

Certified   10-26-04